USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/27/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AJAY SURESH,

                Plaintiff,

      - against -

RXR HB OWNER LLC,

                Defendant.

---

**25-CV-6124 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that there has been no record of any proceedings or filings of any papers of correspondence with the Court since January 30, 2026. At that time, Plaintiff filed a status report informing the Court that the parties were engaged in discussions concerning resolution of this matter. (See Dkt. No. 13.) Accordingly, it is hereby

**ORDERED** that Plaintiff inform the Court, within five (5) days of the date of this Order, concerning the status of this action and Plaintiff's contemplation with regard to any further proceedings. Plaintiff is hereby warned that failure to respond to this Order could result in dismissal for failure to prosecute or other appropriate sanction.

**SO ORDERED.**

Dated:    27 May 2026
         New York, New York

                               _____
                                  Victor Marrero
                                  U.S.D.J.